or submitted on the 4th day of December, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLIAM FAHNESTOCK and Others v. JAMES B. THOMPSON.—Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALICE PRINCE v. JOSEPH PATERNO.— Motion to dismiss appeal granted with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARGARET LUERSSEN v. HOTEL PARK CENTRAL, INC.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MAE MURRAY, Also Known as PRINCESS MAE MDIVANI, v. TIFFANY PRODUCTIONS, INC., Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARKS SCHIMEL v. UNIQUE IMPORT CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FREDERICK P. SCHAEFER v. FRANK J. NEVINS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before November 27, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FREDERICK P. SCHAEFER v. FRANK J. NEVINS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before November 27, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN SALLAMACK.— Motion to dismiss appeal granted unless the appellant procure the record on appeal and appellant's points to be filed on or before the 5th day of January, 1932, with notice of argument for January 18, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANIELLO DELLOCROCE.— Motion to dismiss appeal granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRED MARKS.— Motion to dismiss appeal granted, unless the appellant procure the record on appeal and appellant's points to be filed on or before the 4th day of January, 1932, with notice of argument for January 19, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN HAGAN.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY DeNAVE.— Motion to dismiss appeal granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHIN BING.— Motion to dismiss appeal granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANDREW WILLIAMS.— Motion to dismiss appeal granted, unless appellant procure the record on appeal and appel-